**'07 CIV 7607**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEW YORK REBAR INSTALLATION
INC. and UNITED STATES REBAR INC.,

                Plaintiffs,

-against-

ROBERT LEDWITH, TERRENCE MOORE,
FRED LEMOINE, KEVIN KELLY, ALFRED
G. GEROSA, KEVIN O'BRIEN, JOHN
BRUNETTI, AND DENNIS ULVERSOY, as
TRUSTEES of the LOCAL #46 METALLIC
LATHERS UNION AND REINFORCING
IRON WORKERS PENSION FUND,

                Defendants.

JUDGE McMAHON

Civil Action No. _____

RULE 7.1 STATEMENT



RECEIVED AUG 27 2007 U.S.D.C. S.D.N.Y. CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, plaintiffs New York Rebar Installation, Inc. and United States Rebar, Inc., certify that there are no corporate parents, affiliates and/or subsidiaries of said parties, which are publicly held.

Dated: New York, New York
       August 27, 2007

                            Respectfully submitted,

                            BUCHANAN, INGERSOLL & ROONEY, PC

                            Ryan Farley (RF-6984)
                            One Chase Manhattan Plaza, 35th Floor
                            New York, NY 10005-1417
                            Phone: 212-440-4492
                            Fax: 212-440-4401
                            E-mail: ryan.farley@bipc.com

OF COUNSEL:
Robert S. Hawkins
BUCHANAN, INGERSOLL & ROONEY, PC
1835 Market Street, 14th Floor
Philadelphia, PA 19103-2985
Phone: 215-665-5310
Fax: 215-665-8760
E-mail: robert.hawkins@bipc.com

David J. Laurent
BUCHANAN, INGERSOLL & ROONEY, PC
20th Floor, One Oxford Centre
Pittsburgh, PA 15219-1410
Phone (412) 562-1857
Fax (412) 562-1041
E-Mail: david.laurent@bipc.com