UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NEW YORK REBAR INSTALLATION, INC. and
UNITED STATES REBAR, INC.,

                        **Plaintiffs,**

-v-

ROBERT LEDWITH, TERRENCE MOORE, et al.,

                        **Defendants.**

Case No.
07 CV 7607

AFFIDAVIT OF
SERVICE

---

STATE OF NEW YORK   }
COUNTY OF NEW YORK  } ss.:

Julio Delara, being duly sworn, deposes and says: I am not a party to this action, am over 18 years of age and reside at New York, NY:

On August 31, 2007 at 11:21 a.m. at 1322 Third Avenue, New York, NY 10021, I served the within SUMMONS, COMPLAINT AND RULE 7.1 STATEMENT on KEVIN KELLY, defendant therein named, by delivering true copies of same to GILLIAN CLARKE, a person of suitable age and discretion at the defendant's actual place of business.

On September 5, 2007 I mailed a copy of the above documents to KEVIN KELLY at 1322 Third Avenue, New York, NY 10021, his actual place of business, by enclosing them in an envelope, postage prepaid, and depositing it in an official depository under the exclusive care and custody of the United States Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

The person served is a black female, black hair, 28-38 years old, 5'7"-5'9" in height, 145-155 pounds.

                                                          _Julio Delara_
                                                          Julio Delara
                                                          License No. 991178

Sworn to before me this
5th day of September 2007.

_Bruce Lazarus_
NOTARY PUBLIC

BRUCE LAZARUS
NOTARY PUBLIC-STATE OF NEW YORK
No. 4990593
Qualified in Westchester County
My Commission Expires January 13, 20__

**LegalEase Inc.**

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070 • 800-393-1277 • Fax: 212-393-9796