UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NEW YORK REBAR INSTALLATION, INC. and
UNITED STATES REBAR, INC.,

                               Plaintiffs,

-v-

ROBERT LEDWITH, TERRENCE MOORE, et al.,

                               Defendants.

Case No.
07 CV 7607

AFFIDAVIT OF SERVICE

---

STATE OF NEW YORK   }
COUNTY OF NEW YORK  } ss.:

Julio Delara, being duly sworn, deposes and says: I am not a party to this action, am over 18 years of age and reside at New York, NY:

On September 4, 2007 at 1:00 p.m. at 49 West 45th Street, Suite 900, New York, NY 10036, I served the within SUMMONS, COMPLAINT AND RULE 7.1 STATEMENT on ALFRED GEROSA, defendant therein named, by delivering true copies of same to ALFRED GEROSA personally.

The person served is a white male, gray hair, 75-85 years old, 5'0"-5'4" in height, 145-155 pounds.

                                                        Julio Delara
                                                        License No. 991178

Sworn to before me this
5th day of September 2007.

NOTARY PUBLIC

BRUCE LAZARUS
NOTARY PUBLIC-STATE OF NEW YORK
No. 4990593
Qualified in Westchester County
My Commission Expires January 13, 20 10

*LegalEase Inc.*

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070  •  800-393-1277  •  Fax: 212-393-9796