UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NEW YORK REBAR INSTALLATION, INC. and
UNITED STATES REBAR, INC.,

                               Plaintiffs,

-v-

ROBERT LEDWITH, TERRENCE MOORE, et al.,

                               Defendants.

Case No.
07 CV 7607

AFFIDAVIT OF SERVICE

---

STATE OF NEW YORK    }
COUNTY OF NEW YORK  } ss.:

Julio Delara, being duly sworn, deposes and says: I am not a party to this action, am over 18 years of age and reside at New York, NY:

On September 4, 2007 at 1:35 p.m. at 426 West 54th Street, New York, NY 10019, I served the within SUMMONS, COMPLAINT AND RULE 7.1 STATEMENT on KEVIN O'BRIEN, defendant therein named, by delivering true copies of same to JOHN KEVIN O'BRIEN personally.

The person served is a white male, brown hair, 50-60 years old, 5'6"-5'8" in height, 165-175 pounds.

                                                             _____
                                                             Julio Delara
                                                             License No. 991178

Sworn to before me this
5th day of September 2007.

_____
NOTARY PUBLIC

BRUCE LAZARUS
NOTARY PUBLIC-STATE OF NEW YORK
No. 4990593
Qualified in Westchester County
My Commission Expires January 13, 2010

*LegalEase, Inc.*

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070 • 800-393-1277 • Fax: 212-393-9796