UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NEW YORK REBAR INSTALLATION, INC. and
UNITED STATES REBAR, INC.,

                         Plaintiffs,

        -v-

ROBERT LEDWITH, TERRENCE MOORE, et al.,

                         Defendants.

Case No.
07 CV 7607

AFFIDAVIT OF SERVICE

---

STATE OF NEW YORK   }
COUNTY OF NEW YORK  } ss.:

Caswell Bryan, being duly sworn, deposes and says: I am not a party to this action, am over 18 years of age and reside at New York, NY:

On September 5, 2007 at 2:20 p.m. at 241 Molnar Drive, Elmwood Park, NJ 07407, I served the within SUMMONS, COMPLAINT AND RULE 7.1 STATEMENT on DENNIS ULVERSOY, defendant therein named, by delivering true copies of same to DENNIS ULVERSOY, personally at the defendant's actual place of business.

The person served is a white male, white hair, 50-60 years old, 5'10"-6'0" in height, 200-210 pounds.

                                                Caswell Bryan
                                                License No. 846846

Sworn to before me this
6th day of September 2007.

NOTARY PUBLIC

BRUCE LAZARUS
NOTARY PUBLIC-STATE OF NEW YORK
No. 4990593
Qualified in Westchester County
My Commission Expires January 13, 20 10

*LegalEase Inc.*