IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK REBAR INSTALLATION, INC. and UNITED STATES REBAR, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT LEDWITH, TERRENCE MOORE, FRED LEMOINE, KEVIN KELLY, ALFRED G. GEROSA, KEVIN O'BRIEN, JOHN BRUNETTI, and DENNIS ULVERSOY, as TRUSTEES of the LOCAL #46 METALLIC LATHERS UNION AND REINFORCING IRON WORKERS PENSION FUND, <br><br> Defendants, | Civil Action No. 07-CIV-7607 |

## STIPULATION OF THE PARTIES

Subject to the approval of the court, it is hereby stipulated that the defendants' Answer or other response to the Complaint in the above-captioned matter may be filed on or before October 12, 2007.

Counsel for the Plaintiffs:

*/s/ Ryan P. Farley*
Ryan P. Farley, Esq.
Buchanan, Ingersoll & Rooney, PC
One Chase Manhattan Plaza, 35th Floor
New York, NY 10005-1417

Dated: 9/24/07

Counsel for the Defendants:

*/s/ Richard H. Markowitz*
Richard H. Markowitz, Esq.
Markowitz and Richman
121 South Broad Street, Suite 1100
Philadelphia, PA 19107

Dated: 9/24/07

SO ORDERED:

_____
U.S.D.J.