*memron 1*

```
                                        ┌─────────────────────────────┐
                                        │ USDS SDNY                   │
                                        │ DOCUMENT                    │
                                        │ ELECTRONICALLY FILED        │
                                        │ DOC #: _____              │
                                        │ DATE FILED:  9/26/07        │
                                        └─────────────────────────────┘
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

NEW YORK REBAR INSTALLATION, )
INC. and UNITED STATES REBAR, )
  INC.,                        )
                               )
          Plaintiffs,          )
                               )
       v.                      )        Civil Action No. 07-CIV-7607 (CM)
                               )
ROBERT LEDWITH, TERRENCE       )
MOORE, FRED LEMOINE, KEVIN     )
KELLY, ALFRED G. GEROSA, KEVIN )
O'BRIEN, JOHN BRUNETTI, and    )
DENNIS ULVERSOY, as TRUSTEES of)
the LOCAL #46 METALLIC LATHERS )
UNION AND REINFORCING IRON     )
WORKERS PENSION FUND,          )
                               )
          Defendants,          )
                               )

## STIPULATION OF THE PARTIES

          Subject to the approval of the court, it is hereby stipulated that the defendants'
Answer or other response to the Complaint in the above-captioned matter may be filed on
or before October 12, 2007.


Counsel for the Plaintiffs:                Counsel for the Defendants:


Ryan P. Farley, Esq.                       Richard H. Markowitz, Esq.
Buchanan, Ingersoll & Rooney, PC           Markowitz and Richman
One Chase Manhattan Plaza, 35th Floor      121 South Broad Street, Suite 1100
New York, NY 10005-1417                    Philadelphia, PA 19107


Dated: 9/24/07                             Dated: 9/24/07


SO ORDERED.


_____ U.S.D.J.
     9/25/07