# Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Chase Manhattan Plaza, 35th Floor
New York, NY 10005-1417

T 212 440 4400
F 212 440 4401
www.buchananingersoll.com

Ryan P. Farley
212 440 4492

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/07

October 5, 2007

**VIA FACSIMILE (212) 805-6326**

Hon. Colleen McMahon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courtroom
500 Pearl Street, Room 640
New York, NY 10007

**MEMO ENDORSED**

Re: *New York Rebar Installation Inc., et al. v. Robert Ledwith, et al.,*
Civil Action No. 07 Civ. 7607 (CM) (RLE)

Dear Judge McMahon:

    I am writing on behalf of plaintiffs New York Rebar Installation Inc. and United States Rebar, Inc. to request an extension to submit a joint Civil Case Management Plan, as directed in the Court's Order dated September 12, 2007 (the "Order"). Pursuant to the Order, the parties were instructed to confer, complete and execute a Civil Case Management Plan and return that signed document to the Court by October 12, 2007. For the reasons that follow, plaintiffs request a short adjournment of seven days until October 19, 2007 to submit a joint Civil Case Management Plan. In the unlikely event that the parties are unable to agree upon a joint Civil Case Management Plan, plaintiffs request that a conference be held with the Court at its earliest convenience after October 19, 2007.

    On September 24, 2007, defendants requested and plaintiffs agreed to an extension of time for defendants to respond to the complaint. A stipulation was filed with the Court adjourning defendants' response date to October 12, 2007. It is unclear to plaintiffs whether defendants will answer or move against the complaint in some fashion. Earlier this week, I e-mailed and telephoned Matthew D. Areman, Esq. of Markowitz & Richman, counsel for defendants with whom I communicated regarding defendants' requested extension of time to respond to the complaint, to discuss the Civil Case Management Plan. I have not yet received a return e-mail and I understand from Mr. Areman's voicemail message that he is out of the office and will not return until next week.

    I have every confidence that Mr. Areman and I will be able to agree upon a joint Civil Case Management Plan without need for the Court's intervention once the parties have an

October 5, 2007
Page - 2 -

opportunity to speak next week and have the benefit of knowing how defendants will be responding to the complaint. Accordingly, plaintiffs respectfully request that the parties be given until October 19, 2007 to file a joint Civil Case Management Plan and that they need not appear for a conference with the Court on October 10, 2007 at 11:45 a.m., as directed in the Order.

    Neither party has previously requested an extension with respect to the Order.

Respectfully submitted,

*Ryan P. Farley*

Ryan P. Farley

cc:    Matthew D. Areman, Esq. (*via e-mail and ECF*)
       Markowitz & Richman
       1100 North American Building
       121 South Broad Street
       Philadelphia, PA 19107
       (215) 875-3128
       (215) 790-0668 (Fax)

#370964-v1