USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/08

LAW OFFICES
# MARKOWITZ & RICHMAN

NORTH AMERICAN BUILDING
121 SOUTH BROAD STREET
PHILADELPHIA, PENNSYLVANIA 19107

(215) 875-3100
TELECOPIER (215) 790-0668
WWW.MARKOWITZANDRICHMAN.COM

DIRECT DIAL

RICHARD H. MARKOWITZ
STEPHEN C. RICHMAN
PAULA R. MARKOWITZ
QUINTES D. TAGLIOLI
JONATHAN WALTERS ++
ANTHONY C. BUSILLO II
THOMAS H. KOHN ***
RUTH SKOGLUND
R. MATTHEW PETTIGREW, JR.**
PETER H. DEMKOVITZ +
MATTHEW D. AREMAN +

* ALSO ADMITTED IN NEW YORK AND DISTRICT OF COLUMBIA
+ ALSO ADMITTED IN NEW JERSEY
++ ALSO ADMITTED IN DISTRICT OF COLUMBIA
** ALSO ADMITTED IN NEW JERSEY AND NEW YORK
*** ALSO ADMITTED IN VIRGINIA AND DISTRICT OF COLUMBIA

ALLENTOWN OFFICE
SUITE 200 COMMONWEALTH BLDG.
512 HAMILTON STREET
ALLENTOWN, PA 18101-1505
(610) 820-0531

NEW JERSEY OFFICE
24 WILKINS AVENUE
HADDONFIELD, NJ 08033
(856) 616-2930

NEW YORK OFFICE
880 THIRD AVENUE
NINTH FLOOR
NEW YORK, NY 10022
(212) 752-6761

HARRISBURG OFFICE
27 SOUTH ARLENE STREET
P.O. BOX 6865
HARRISBURG, PA 17112-6865
(717) 541-9475



MEMO ENDORSED

February 4, 2008

**VIA FACSIMILE**
Hon. Colleen McMahon
United States District Judge
United States District Court
500 Pearl Street, Room 640
New York, New York 10007
Fax: (212) 805-6325

Granted
order signed
[signature] Colleen McMahon
2/5/08

Re: *New York Rebar Installation, Inc., et al. v. Robert Ledwith, et al.*
    07 Civ. 7607 (CM)

Dear Judge McMahon:

We represent the defendants/counterclaim plaintiffs in the above-entitled action and are writing this letter <u>on behalf of all parties</u>, in accordance with Rule 1(E) of Your Honor's individual practices, to request an extension of several dates in the case management plan that Your Honor signed on October 19, 2007. A copy of the existing Case Management Plan is enclosed, together with a copy of the proposed Revised Case Management Plan, which counsel for all parties have executed (and which we have filed via an electronic mailing to the Court's Orders and Judgments Clerk).

In essence, the requested changes would extend the deadline for completion of fact discovery from March 11, 2008 to July 11, 2008; and would extend the deadline for filing the pretrial order from April 15, 2008 to September 19, 2008. While the parties have already engaged in substantial discovery (i.e., interrogatories, admissions, and exchange of documents), these extensions have become necessary due to the complicated nature of this action, which has been amplified by the pendency of numerous parallel proceedings in other courts. The combined impact of those other cases was not anticipated at the time in which the case management plan was entered into in this case. Thus, while the parties have been actively and diligently engaged in discovery in this case, they simply require more time.

Hon. Colleen McMahon
February 4, 2008
Page 2

      There has been no previous request for an adjournment of any of the dates in the case management plan by any party.

Respectfully submitted,

*Richard H. Markowitz* by MOA

Richard H. Markowitz

Enclosures

cc:    Ryan P. Farley, Esq. (via facsimile and electronic mail w/ enclosure)
       BUCHANAN INGERSOLL & ROONEY PC
       *Attorneys for Plaintiffs / Counterclaim Defendants*