UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEW YORK REBAR INSTALLATION, INC., et al.,

        Plaintiffs,

   - against -

ROBERT LEDWITH, et al.,

        Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-17-08
```

PRETRIAL
CONFERENCE ORDER
07 Civ. 7607 (CM) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

  This action has been referred to Magistrate Judge Ronald L. Ellis for DISCOVERY DISPUTES.

  **A CONFERENCE WILL BE HELD IN THIS CASE BY THE JUDGE ON JUNE 27, 2008, AT 10:00 A.M. IN COURTROOM 9A, 500 PEARL STREET.** All counsel must be present. Plaintiff's counsel is responsible for confirming with each defendant's counsel that all necessary participants are aware of this conference. The individuals present must be prepared to discuss all aspects of the dispute, including any legal and factual issues which are relevant.

  No request for adjournment will be considered unless made at least **THREE BUSINESS DAYS** before the scheduled conference and only after the parties have consulted with each other. Direct inquiries to Michael Brantley, 212-805-0242.

                    */s/ Ronald Ellis*

                    The Honorable Ronald L. Ellis
                    United States Magistrate Judge

SO ORDERED
June 17, 2008