ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- :
NEW YORK REBAR INSTALLATION, INC. and :
UNITED STATES REBAR, INC.,                          :
                                                    :
                Plaintiffs,                          :
                                                    :
                - against-                           :         NO. 07-CIV-7607(CM)
                                                    :
ROBERT LEDWITH, TERRENCE MOORE, FRED :
LEMOINE, KEVIN KELLY, ALFRED G. GEROSA, :              **MOTION TO ADMIT**
KEVIN O'BRIEN, JOHN BRUNETTI, and DENNIS :            **COUNSEL PRO HAC VICE**
ULVERSOY, as TRUSTEES of the LOCAL #46 :
METALLIC     LATHERS     UNION     AND :
REINFORCING IRON WORKERS PENSION FUND, :
                Defendants.                           :
                                                    :
--------------------------------------------------------------------- :
                                                    :
ROBERT LEDWITH, TERRENCE MOORE, FRED :
LEMOINE, KEVIN KELLY, ALFRED G. GEROSA, :
KEVIN O'BRIEN, JOHN BRUNETTI, and DENNIS :
ULVERSOY, as TRUSTEES of the LOCAL #46 :
METALLIC     LATHERS     UNION     AND :
REINFORCING IRON WORKERS PENSION FUND, :
                Counterclaim Plaintiffs,             :
                                                    :
                - against -                          :
                                                    :
NEW YORK REBAR INSTALLATION, INC. and :
UNITED STATES REBAR, INC., and CHARLES :
DOHERTY,                                             :
                                                    :
                Counterclaim Defendants.            :
--------------------------------------------------------------------- :

        PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for

the Southern and Eastern Districts of New York, I, Ryan P. Farley, a member in good standing of

the bar of this Court, hereby moves for an Order allowing the admission pro hac vice of

        Applicant's Name:    George Basara
        Firm Name:           Buchanan Ingersoll & Rooney PC

| | |
|---|---|
| Address: | One Oxford Centre, 20th Floor |
| City/State/Zip: | Pittsburgh, PA 15219-1410 |
| Phone Number: | (412) 562-1636 |
| Fax Number: | (412) 562-1041 |

| | |
|---|---|
| Applicant's Name: | David J. Laurent |
| Firm Name: | Buchanan Ingersoll & Rooney PC |
| Address: | One Oxford Centre, 20th Floor |
| City/State/Zip: | Pittsburgh, PA 15219-1410 |
| Phone Number: | (412) 562-1857 |
| Fax Number: | (412) 562-1041 |

George Basara is a member in good standing of the Bars of the Commonwealth of Pennsylvania, the Pennsylvania Supreme Court, the U.S. District Court for the Western District of Pennsylvania, the U.S. Court of Appeals for the Third Circuit, and the U.S. Court of Appeals for the Sixth Circuit.

David J. Laurent is a member in good standing of the Bars of the Commonwealth of Pennsylvania, the State of West Virginia, the District of Columbia, the U.S. District Court for the Western District of Pennsylvania, the U.S. District Court for the Eastern District of Pennsylvania, the U.S. District Court for the Southern District of West Virginia, the U.S. District Court for the District of Columbia, the U.S. Court of Appeals for the District of Columbia Circuit, the U.S. Court of Appeals for the Third Circuit, the U.S. Court of Appeals for the Fourth Circuit, the U.S. Court of Appeals for the Sixth Circuit, the U.S. Court of Appeals for the Eleventh Circuit, and the Supreme Court of the United States.

There are no pending disciplinary proceedings against George Basara or David J. Laurent in any State or Federal Court.

Dated:  August 1, 2008
         New York, New York

Respectfully submitted,

Ryan P. Farley (RF-6984)
BUCHANAN INGERSOLL & ROONEY PC
New York Times Building
620 Eighth Avenue, 23rd Floor
New York, NY 10005-1417
Phone:  212-440-4400
Fax:  212-440-4401
E-mail:  ryan.farley@bipc.com
*Attorneys for New York Rebar Installation, Inc.,
United States Rebar, Inc., and Charles Doherty*



## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

### *George Basara, Esq.*

#### DATE OF ADMISSION

#### *October 30, 1984*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  July 16, 2008**

*Patricia A. Nicola*

Patricia A. Nicola

Chief Clerk

AO 136
(Rev 4/93)

## CERTIFICATE OF GOOD STANDING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ss. |
| WESTERN DISTRICT OF PENNSYLVANIA | ) | |

 

I, **ROBERT V. BARTH, JR.**, Clerk of the United States District Court for the Western District of Pennsylvania

DO HEREBY CERTIFY That   **GEORGE BASARA**   was duly admitted to practice in said Court on November 2, 1984, and is in good standing as a member of the bar of said Court.

Dated at Pittsburgh, Pennsylvania      ROBERT V. BARTH, JR.
                                                                             Clerk

on July 17, 2008                                 By_____
                                                              Michael J. Lutz  Deputy Clerk

# UNITED STATES COURT OF APPEALS FOR THE
## THIRD CIRCUIT
# CERTIFICATE OF GOOD STANDING

I, MARCIA M. WALDRON, Clerk of the United States Court of

Appeals for the Third Circuit, DO HEREBY CERTIFY THAT

**George Basara** was admitted to practice before this Court as an

attorney and counselor on **June 18, 1992** that he or she has never

been suspended nor disbarred, and is presently a member of the bar

of this Court in good standing.

I DO FURTHER CERTIFY that there are no grievances or

complaints pending before the Disciplinary Committee of this Court

against said attorney and counselor.

IN TESTIMONY WHEREOF, I have hereunto
subscribed my name and affixed the seal
of the said Court, at Philadelphia,
this 21st day of July 2008.

MARCIA M. WALDRON, Clerk
United States Court of Appeals
For the Third Circuit

By: *Margaret A. Wiegand*

Margaret A. Wiegand
Legal Coordinator

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

---

TO ALL WHOM IT MAY CONCERN, GREETINGS:

THIS IS TO CERTIFY THAT

## GEORGE BASARA,

OF **PITTSBURGH,** COMMONWEALTH OF **PENNSYLVANIA,** WAS ON MOTION, FIRST MADE TO THE COURT ON **HIS** BEHALF, DULY ADMITTED AND QUALIFIED AS AN ATTORNEY AND COUNSELOR OF THE UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT ON THE **SEVENTH** DAY OF **MAY,** IN THE YEAR OF OUR LORD ONE THOUSAND NINE HUNDRED AND NINETY-TWO, AND THAT **HE,** IS NOW IN GOOD STANDING.

In Testimony Whereof, I Leonard Green, Clerk of said Court, have hereunto set my hand and affixed the seal of the said Court, at the City of Cincinnati, Ohio this **21st** day of **July** in the year of our Lord two thousand and eight.

Leonard Green
Clerk, United States Court of Appeals
for the Sixth Circuit

Lance Gifford
Deputy Clerk



Form 6CA-21
Revised January 2002



Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

*David J. Laurent, Esq.*

**DATE OF ADMISSION**

*December 11, 1980*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  July 16, 2008**

Patricia A. Nicola
Chief Clerk



# THE WEST VIRGINIA STATE BAR
## Certificate of Good Standing

### David J Laurent - WVSB ID#10656

This is to certify, that, according to the records of the West Virginia State Bar, David J Laurent, of Pittsburgh, PA, was admitted to practice law by the West Virginia Supreme Court of Appeals on January 09, 2008, and was registered as an active member of The West Virginia State Bar in January, 2008.

It is further certified that the said David J Laurent, according to our membership records, is currently an member in good standing with The West Virginia State Bar.

Given over my hand and seal of The West Virginia State Bar this day, July 22, 2008.

Cheryl L Wright
Membership Coordinator
The West Virginia State Bar



### District of Columbia Court of Appeals
#### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia

Court of Appeals, do hereby certify that

DAVID J. LAURENT

was on the ___18TH___ day of ___DECEMBER, 1981___

duly qualified and admitted as an attorney and counselor and

entitled to practice before this Court and is, on the date

indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have
hereunto subscribed my name
and affixed the seal of this
Court at the City of
Washington, D.C., on July
18, 2008.

GARLAND PINKSTON, JR., CLERK

By: ___N. Charles___

Deputy Clerk

AO 136
(Rev 4/93)

### CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA                    )
                                            )    ss.
WESTERN DISTRICT OF PENNSYLVANIA            )

I, **ROBERT V. BARTH, JR.**, Clerk of the United States District Court for the Western District of Pennsylvania

DO HEREBY CERTIFY That    **DAVID J. LAURENT**   was duly admitted to practice in said Court on June 20, 1982, and is in good standing as a member of the bar of said Court.

Dated at Pittsburgh, Pennsylvania      ROBERT V. BARTH, JR.
                                                   Clerk

on July 17, 2008                       By _____
                                       Michael J. Lutz  Deputy Clerk

# CERTIFICATE OF GOOD STANDING

UNITED  STATES  OF  AMERICA

EASTERN  DISTRICT  OF  PENNSYLVANIA   }

    I, Michael E. Kunz, Clerk of the United States District Court for the Eastern District of Pennsylvania,

    DO HEREBY CERTIFY That  David J. Laurent , Bar # 33150 , was duly admitted to practice in said Court on  January 20, 2006 , and is in good standing as a member of the bar of said Court.

DATED at Philadelphia, Pennsylvania

on July 21, 2008.

MICHAEL E. KUNZ
               Clerk of Court

BY _____
    Aida Ayala,      Deputy Clerk

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

**|** SS.

SOUTHERN   DISTRICT OF   WEST VIRGINIA

I,                          Teresa L. Deppner,                          Clerk of the United States

District Court for the Southern District of West Virginia

DO HEREBY CERTIFY THAT          **David J. Laurent**                          was

duly admitted to practice in said Court on          January 9, 2008          and is in good standing as a member

of the bar of said Court.

Dated at          Charleston

Teresa L. Deppner

_____ ,

Clerk

on   August 12, 2008

Deputy Clerk

# United States District Court
# for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

---

I, **NANCY M. MAYER-WHITTINGTON,** Clerk of the United States

District Court for the District of Columbia, do hereby certify that:

### DAVID   J.   LAURENT

was, on the  23rd  day of  December  A.D.  1996  admitted to practice as an  Attorney

at  Law at the Bar of this Court, and is, according to the records of  this Court, a

member of said  Bar in good standing.

In Testimony  Whereof, I hereunto subscribe my name and affix the seal of said Court

in  the City of  Washington this  24th  day of  July  A.D. 2008.

### NANCY M. MAYER-WHITTINGTON, CLERK

By: _____

**Deputy Clerk**

United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

Certificate of Good Standing

I, Mark J. Langer, Clerk of the United States Court of Appeals for the District of Columbia Circuit, certify that David J. Laurent was on the 31st day of October, 1990, duly admitted and qualified as an attorney and counselor of the Court of Appeals, and is now a member of the bar of the Court of Appeals in good standing.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of the Court, at the City of Washington, this 22 day of July, 2008.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: _Amy J. Yacisin_
Amy J. Yacisin
Deputy Clerk/CO

# UNITED STATES COURT OF APPEALS FOR THE
## THIRD CIRCUIT
# CERTIFICATE OF GOOD STANDING

I, MARCIA M. WALDRON, Clerk of the United States Court of

Appeals for the Third Circuit, DO HEREBY CERTIFY THAT

**David J. Laurent** was admitted to practice before this Court as an

attorney and counselor on **April 4, 1983** that he or she has never

been suspended nor disbarred, and is presently a member of the bar

of this Court in good standing.

I DO FURTHER CERTIFY that there are no grievances or

complaints pending before the Disciplinary Committee of this Court

against said attorney and counselor.

IN TESTIMONY WHEREOF, I have hereunto
subscribed my name and affixed the seal
of the said Court, at Philadelphia,
this 21st day of July 2008.

MARCIA M. WALDRON, Clerk
United States Court of Appeals
For the Third Circuit

By: _Margaret A. Wiegand_
Margaret A. Wiegand
Legal Coordinator

# CERTIFICATE OF GOOD STANDING



I, Patricia S. Connor, Clerk of this Court, certify that _____ David J. Laurent _____ was duly admitted to

practice in this Court on _____ September 25, 1992 _____, and is in good standing in this Court.

Dated at Richmond, Virginia, on _____ July 29, 2008 _____.

Patricia S. Connor
CLERK

DEPUTY CLERK

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

---

TO ALL WHOM IT MAY CONCERN, GREETINGS:

THIS IS TO CERTIFY THAT

### DAVID J. LAURENT,

OF **PITTSBURGH,** COMMONWEALTH OF **PENNSYLVANIA,** WAS ON MOTION, FIRST MADE TO THE COURT ON **HIS** BEHALF, DULY ADMITTED AND QUALIFIED AS AN ATTORNEY AND COUNSELOR OF THE UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT ON THE **TWENTY-NINTH** DAY OF **JANUARY,** IN THE YEAR OF OUR LORD ONE THOUSAND NINE HUNDRED AND EIGHTY-SEVEN, AND THAT **HE,** IS NOW IN GOOD STANDING.

In Testimony Whereof, I Leonard Green, Clerk of said Court, have hereunto set my hand and affixed the seal of the said Court, at the City of Cincinnati, Ohio this **21st** day of **July** in the year of our Lord two thousand and eight.

**Leonard Green**
Clerk, United States Court of Appeals
for the Sixth Circuit

Lance Gifford
Deputy Clerk



Form 6CA-21
Revised January 2002

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA                    )
COURT OF APPEALS                            )
FOR THE ELEVENTH CIRCUIT                     )

    I,       THOMAS K. KAHN      Clerk of the United States

Court of Appeals for the ELEVENTH Circuit, DO HEREBY CERTIFY

That David J. Laurent was duly admitted to practice in said Court

on January 26, 1984 and is in good standing in said Court.

Dated at  ATLANTA, GEORGIA              _____
                                           Thomas K, Kahn
                                                Clerk
on July 21, 2008

                                        _____
                                           Deputy Clerk

## *Supreme Court of the United States*
### OFFICE OF THE CLERK
### WASHINGTON, D. C. 20543



# DAVID J. LAURENT
# OF PITTSBURGH, PA

was duly admitted and qualified as an Attorney and Counselor for the Supreme Court of the United States on the thirty-first day of October, in the year one thousand nine hundred and ninety-four, and is now a member of the Bar of this Court in good standing.

In testimony, whereof, as Clerk of said Court, I have hereunto set my hand and affixed the seal of said Court, at the City of Washington, this twenty-fifth day of July 2008.



**William K. Suter**
*Clerk of the Supreme Court of the United States*

By

Assistant Admissions Officer

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- :

NEW YORK REBAR INSTALLATION, INC. and : 
UNITED STATES REBAR, INC., :

                Plaintiffs, :

          - against- :

ROBERT LEDWITH, TERRENCE MOORE, FRED :
LEMOINE, KEVIN KELLY, ALFRED G. GEROSA, :
KEVIN O'BRIEN, JOHN BRUNETTI, and DENNIS :
ULVERSOY, as TRUSTEES of the LOCAL #46 :
METALLIC    LATHERS    UNION    AND :
REINFORCING IRON WORKERS PENSION FUND, :
            Defendants. :

----------------------------------------------------------------- :

  :

ROBERT LEDWITH, TERRENCE MOORE, FRED :
LEMOINE, KEVIN KELLY, ALFRED G. GEROSA, :
KEVIN O'BRIEN, JOHN BRUNETTI, and DENNIS :
ULVERSOY, as TRUSTEES of the LOCAL #46 :
METALLIC    LATHERS    UNION    AND :
REINFORCING IRON WORKERS PENSION FUND, :
      Counterclaim Plaintiffs, :

         - against - :

NEW YORK REBAR INSTALLATION, INC. and :
UNITED STATES REBAR, INC., and CHARLES :
DOHERTY, :

      Counterclaim Defendants. :

----------------------------------------------------------------- :

NO. 07-CIV-7607(CM)

**AFFIDAVIT OF RYAN P. FARLEY IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

State of New York  )
               )   ss:
County of New York  )

      Ryan P. Farley, being duly sworn, hereby deposes and says as follows:

1.      I am Counsel to Buchanan Ingersoll & Rooney PC, counsel to Plaintiffs and Counterclaim Defendants (collectively, "Plaintiffs") in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit George Basara and David J. Laurent as counsel pro hac vice to represent Plaintiffs in this matter.

2.      I am a member in good standing of the bar of the State of New York, and was admitted to practice law in March 1999. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.      I have known George Basara and David J. Laurent for over a year.

4.      Mr. Basara and Mr. Laurent are shareholders with Buchanan Ingersoll & Rooney PC in Pittsburgh, Pennsylvania.

5.      I have found Mr. Basara and Mr. Laurent to be skilled attorneys and persons of integrity. They are experienced in federal practice, familiar with the Federal Rules of Civil Procedure, and admitted to the bars of other federal courts.

6.      Accordingly, I am pleased to move the admission of George Basara and David J. Laurent, pro hac vice.

7.      I respectfully submit a proposed order granting the admission of George Basara and David J. Laurent, pro hac vice, which is attached as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit George Basara and David J. Laurent, pro hac vice, to represent Plaintiffs in the above captioned matter, be granted.

Dated: August 1, 2008
     New York, New York

Notarized:

*Jonah E. Perry*
*Notary Public*

JONAH E. PERRY JR.
Notary Public, State of New York
No. 01PE5086103
Qualified in New York County
Certificate Filed in New York County
Commission Expires October 6, 2009

Respectfully submitted,

*Ryan P. Farley*
Ryan P. Farley (RF-6984)
BUCHANAN INGERSOLL & ROONEY PC
New York Times Building
620 Eighth Avenue, 23rd Floor
New York, NY 10005-1417
Phone: 212-440-4400
Fax: 212-440-4401
E-mail: ryan.farley@bipc.com
*Attorneys for New York Rebar Installation, Inc.,*
*United States Rebar, Inc., and Charles Doherty*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- :
NEW YORK REBAR INSTALLATION, INC. and :
UNITED STATES REBAR, INC., :
                                                                  :
                    Plaintiffs, :
                                                                  :
              - against- :                        NO. 07-CIV-7607(CM)
                                                                  :
ROBERT LEDWITH, TERRENCE MOORE, FRED :
LEMOINE, KEVIN KELLY, ALFRED G. GEROSA, :      **PROPOSED ORDER FOR**
KEVIN O'BRIEN, JOHN BRUNETTI, and DENNIS :    **ADMISSION PRO HAC VICE**
ULVERSOY, as TRUSTEES of the LOCAL #46 :        **ON WRITTEN MOTION**
METALLIC LATHERS UNION AND REINFORCING :
IRON WORKERS PENSION FUND, :
                    Defendants. :
                                                                  :
---------------------------------------------------------------- :
                                                                  :
ROBERT LEDWITH, TERRENCE MOORE, FRED :
LEMOINE, KEVIN KELLY, ALFRED G. GEROSA, :
KEVIN O'BRIEN, JOHN BRUNETTI, and DENNIS :
ULVERSOY, as TRUSTEES of the LOCAL #46 :
METALLIC LATHERS UNION AND REINFORCING :
IRON WORKERS PENSION FUND, :
                    Counterclaim Plaintiffs, :
                                                                  :
              - against - :
                                                                  :
NEW YORK REBAR INSTALLATION, INC. and :
UNITED STATES REBAR, INC., and CHARLES :
DOHERTY, :
                                                                  :
                    Counterclaim Defendants. :
---------------------------------------------------------------- :

      Upon the motion of Ryan P. Farley, attorney for NEW YORK REBAR

INSTALLATION, INC., UNITED STATES REBAR, INC., and CHARLES DOHERTY, and

said sponsor attorney's affidavit in support;

      IT IS HEREBY ORDERED THAT

| | |
|---|---|
| Applicant's Name: | George Basara |
| Firm Name: | Buchanan Ingersoll & Rooney PC |
| Address: | One Oxford Centre, 20th Floor |
| City/State/Zip: | Pittsburgh, PA  15219-1410 |
| Phone Number: | (412) 562-1636 |
| Fax Number: | (412) 562-1041 |

| | |
|---|---|
| Applicant's Name: | David J. Laurent |
| Firm Name: | Buchanan Ingersoll & Rooney PC |
| Address: | One Oxford Centre, 20th Floor, |
| City/State/Zip: | Pittsburgh, PA  15219-1410 |
| Phone Number: | (412) 562-1857 |
| Fax Number: | (412) 562-1041 |
| Email address: | david.laurent@bipc.com |

are admitted to practice pro hac vice as counsel for NEW YORK REBAR INSTALLATION, INC., UNITED STATES REBAR, INC., and CHARLES DOHERTY in the above-captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.  Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
     New York, New York

                    _____
                    United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- :

NEW YORK REBAR INSTALLATION, INC. and : 
UNITED STATES REBAR, INC., :
  :
  :
Plaintiffs, :
  :
  :
- against- :
  :
ROBERT LEDWITH, TERRENCE MOORE, FRED :
LEMOINE, KEVIN KELLY, ALFRED G. GEROSA, :
KEVIN O'BRIEN, JOHN BRUNETTI, and DENNIS :
ULVERSOY, as TRUSTEES of the LOCAL #46 :
METALLIC    LATHERS    UNION    AND :
REINFORCING IRON WORKERS PENSION FUND, :
Defendants. :
  :
  :
---------------------------------------------------------------- :
  :
  :
ROBERT LEDWITH, TERRENCE MOORE, FRED :
LEMOINE, KEVIN KELLY, ALFRED G. GEROSA, :
KEVIN O'BRIEN, JOHN BRUNETTI, and DENNIS :
ULVERSOY, as TRUSTEES of the LOCAL #46 :
METALLIC    LATHERS    UNION    AND :
REINFORCING IRON WORKERS PENSION FUND, :
Counterclaim Plaintiffs, :
  :
  :
- against - :
  :
  :
NEW YORK REBAR INSTALLATION, INC. and :
UNITED STATES REBAR, INC., and CHARLES :
DOHERTY, :
  :
  :
Counterclaim Defendants. :
---------------------------------------------------------------- :

NO. 07-CIV-7607(CM)

**AFFIDAVIT OF SERVICE
BY MAIL**

STATE OF NEW YORK        )
                                      ) ss.:
COUNTY OF NEW YORK    )

       Jonah E. Perry Jr., duly sworn, deposes and says: that deponent is not a party to the within action, is over 18 years of age and is employed at BUCHANAN INGERSOLL & ROONEY PC, New York Times Building, 620 Eighth Avenue, 23rd Floor, New York, New York 10018.

That on the 14th day of August, 2008, deponent served the annexed Motion to Admit Counsel Pro Hac Vice along with the supporting Affidavit and Proposed Order by regular mail upon the following named persons in the above entitled action at the addresses given below:

Andrew J. Weinstein, Esq.
Law Offices of Andrew J. Weinstein
521 Fifth Avenue, Suite 3300
New York, New York 10175

and

Richard H. Markowitz, Esq.
Markowitz and Richman
121 S. Broad Street
Philadelphia, PA 19107

by depositing true copies of same enclosed in a postpaid properly addressed wrapper(s), in a post office official depository under the exclusive care and custody of the United States Postal Services within New York County.

_____
Jonah E. Perry Jr.

Sworn to before me this
14th day of August, 2008

_____
Notary Public

MARIE GALVIN MOTT
Notary Public, State of New York
No. 01MO4795926
Qualified in Kings County
Certificate Filed in New York County
Commission Expires _____ 8-27 20 11

2 of 2