APPENDIX

EXHIBIT 3

## GENERAL RELEASE

**TO ALL TO WHOM THESE PRESENTS SHALL COME OR MAY CONCERN,**

**KNOW THAT** Local #46 Metallic Lathers Union and Reinforcing Iron Workers Welfare Trust and Other Funds

as RELEASORS,

in consideration of the sum of AMOUNTS GIVEN

($         ),

received from CHARLES S. DOHERTY and UNITED STATES REBAR, INC.

as RELEASEES,

receipt whereof is hereby acknowledged, releases and discharges

CHARLES S. DOHERTY and UNITED STATES REBAR, INC.

the RELEASEES, RELEASEES' heirs, executors, administrators, successors and assigns from all actions, causes of action, suits, debts, dues, sums of money, accounts, reckonings, bonds, bills, specialties, covenants, contracts, controversies, agreements, promises, variances, trespasses, damages, judgments, extents, executions, claims, and demands whatsoever, in law, admiralty or equity, which against the RELEASEES, the RELEASORS, RELEASORS' heirs, executors, administrators, successors and assigns ever had, now have or hereafter can, shall or may, have for, upon, or by reason of any matter, cause or thing whatsoever from the beginning of the world to the day of the date of this RELEASE.

For all those matters up to and including June 30, 2005.

Whenever the text hereof requires, the use of singular number shall include the appropriate plural number as the text of the within instrument may require.

This RELEASE may not be changed orally.

**IN WITNESS WHEREOF**, the RELEASOR has hereunto set RELEASOR'S hand and seal on the 29th day of July 2008.

In presence of:

_____ L.S.
TONY D'AMICO
Funds Director

_____ L.S.
ROBERT LEDWITH
UNION BUSINESS MANAGER

STATE OF NEW YORK , COUNTY OF NEW YORK ss.:

On July 29, 2008, before me Judith A. Marino personally came TONY D'AMICO to me known, and known to me to be the individual(s) described in, and who executed the foregoing RELEASE, and duly acknowledged to me that he executed the same.

JUDITH A. MARINO
Notary Public, State of New York
No. 01MA4926662
Qualified in KINGS County
Commission Expires April 18, 20 10

STATE OF NEW YORK , COUNTY OF NEW YORK ss.:

On July 29, 2008, before me Judith A. Marino personally came ROBERT LEDWITH to me known, and known to me to be the individual(s) described in, and who executed the foregoing RELEASE, and duly acknowledged to me that he executed the same.

JUDITH A. MARINO
Notary Public, State of New York
No. 01MA4926662
Qualified in KINGS County
Commission Expires April 18, 20 10