(i)  such other relief as to this Court seems just and proper.

        Respectfully submitted,

        **MARKOWITZ & RICHMAN**

By: *Richard H. Markowitz*
Richard H. Markowitz, Esq. (RM5158)
121 S. Broad Street, Suite 1100
Philadelphia, PA 19107
(215) 875-3100
kbrookes@markowitzandrichman.com

**LAW OFFICES OF ANDREW J. WEINSTEIN**
Andrew J. Weisntein, Esq. (AW7395)
521 Fifth Avenue, Suite 3300
New York, NY 10175
(212) 582-8900
ajw@weinsteinlaw.net

*Attorneys for Plaintiffs*

Dated: November 27, 2007