**EXHIBIT F**

RABINOWITZ AND GALINA, ESQS.
94 Willis Avenue
Mineola, New York 11501
(516) 739-8222
(516) 739-8225 (FAX)

TO: Joseph Kaming, Esq.

FROM: Michael M. Rabinowitz, Esq.

DATE: March 13, 2006

RE: Local 46 v. US Rebar
-----------------------------------------------------------------------------------------

Dear Mr. Kaming:

    We have reviewed the latest draft of the Settlement Agreement and request one more change. In Paragraph 5 add and Charles S. Doherty on line three after "all amounts owed by UNITED STATES REBAR, INC. and Charles S. Doherty" If acceptable, fax the change to me and I can have my client sign same forthwith and get you the first payment check. Also, please commence arrangements to release the monies being held at the project so that part of the first payment can be made.

    If you have any questions, call me.

Very truly yours,

Michael M. Rabinowitz

MMR:rpk
Cc: Client

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO                    4899
RECIPIENT ADDRESS           912129885479
DESTINATION ID
ST. TIME                    03/13 15:24
TIME USE                    00'17
PAGES SENT                  1
RESULT                      OK
```

RABINOWITZ AND GALINA, ESQS.
94 Willis Avenue
Mineola, New York 11501
(516) 739-8222
(516) 739-8225 (FAX)

TO: Joseph Kaming, Esq.

FROM: Michael M. Rabinowitz, Esq.

DATE: March 13, 2006

RE: Local 46 v. US Rebar

---

Dear Mr. Kaming:

    We have reviewed the latest draft of the Settlement Agreement and request one more change. In Paragraph 5 add and Charles S. Doherty on line three after "all amounts owed by UNITED STATES REBAR, INC. and Charles S. Doherty" If acceptable, fax the change to me and I can have my client sign same forthwith and get you the first payment check. Also, please commence arrangements to release the monies being held at the project so that part of the first payment can be made.

    If you have any questions, call me.

Very truly yours,

Michael M. Rabinowitz

MMR:rpk
Cc: Client