# APPENDIX

# EXHIBIT 12

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

ROBERT LEDWITH, TERRENCE MOORE,
KEVIN KELLY, FRED LeMOINE, ALFRED G.
GEROSA, JOHN BRUNETTI, KEVIN O'BRIEN
and JOSEPH MARTINELLI, as TRUSTEES of the
LOCAL #46 METALLIC LATHERS UNION AND
REINFORCING IRON WORKERS WELFARE
TRUST, ANUITY FUND, PENSION FUND,
APPRENTICESHIP FUND, VACATION FUND,
SCHOLARSHIP FUN and OTHER FUNDS,

    -and-

ROBERT LEDWITH, as Business Manager of the
LOCAL #46 METTALIC LATHERS UNION AND
REINFORCING IRON WORKERS and as Trustee
of the LOCAL #46 METTALIC LATHERS AND
REINFORCING IRON WORKERS POLITICAL
ACTION FUNDS,

                Plaintiffs,

    - against -

CHARLES DOHERTY, UNITED STATES
REBAR, INC., and JOHN DOES 1-10,

                Defendants.

---------------------------------------------------------------x

07 CV 4237 (CBA)

STIPULATION OF
DISMISSAL UNDER
FED. R. CIV. PRO.
41(a)

      IT IS HEREBY STIPULATED AND AGREED, by and among <u>Plaintiffs</u> Robert Ledwith, Terrence Moore, Kevin Kelly, Fred LeMoine, Alfred G. Gerosa, John Brunetti, Kevin O'Brien and Joseph Martinelli, as Trustees of the Local #46 Metallic Lathers Union and Reinforcing Iron Workers Welfare Trust, Annuity Fund, Pension Fund, Apprenticeship Fund, Vacation Fund, Scholarship Fund and Other Funds, Robert Ledwith, as Business Manager of the Local #46 Metallic Lathers Union and Reinforcing Iron Workers and as Trustee of the Local #46

Metallic Lathers and Reinforcing Iron Workers Political Action Funds, and <u>Defendants</u> Charles Doherty and United States Rebar, Inc., through their respective undersigned counsel, that the above-captioned action shall be and hereby is dismissed without costs or attorneys' fees for any party.

Dated: New York, New York
       June 26, 2008

| LAW OFFICES OF ANDREW J. WEINSTEIN | KOO LARABEE SASH & LANE LLP |
|---|---|
| By: _____ | By: _____ |
| Andrew J. Weinstein (AW7395) | J. Mark Lane, Esq. (JL0595) |
| 521 Fifth Avenue, Suite 3300 | 106 Corporate Park Drive, Suite 110 |
| New York, New York 10175-3399 | White Plains, New York 10604 |
| Telephone: (212) 582-8900 | Telephone: (914) 251-0001 |
| | |
| MARKOWITZ AND RICHMAN | KASE & DRUKER |
| Richard H. Markowitz, Esq. (RM5158) | James O. Druker, Esq. (JD5944) |
| 121 Broad Street, Suite 1100 | 1325 Franklin Avenue, Suite 325 |
| Philadelphia, PA 19107 | Garden City, New York 11530 |
| Telephone: (212) 875-3100 | Telephone: (516) 746-4300 |
| | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |