# APPENDIX

# EXHIBIT 15

JUL-11-2005 16:27                                                                    P.01/01
(11-84)

UNITED STATES OF AMERICA
NATIONAL LABOR RELATIONS BOARD
CHARGE AGAINST EMPLOYER

| | DO NOT WRITE IN THIS SPACE |
|---|---|
| Case | Date Filed |
| 29-CA-27059 | 7/12/2005 |

**INSTRUCTIONS**
File an original and 4 copies of this charge with NLRB Regional Director for the region in which the alleged unfair labor practice occurred or is occurring.

### 1. EMPLOYER AGAINST WHOM CHARGE IS BROUGHT

| a. Name of Employer | b. Number of workers employed |
|---|---|
| United States Rebar Inc. | Approx. 10 |

| c. Address (street, city, state, ZIP code) | d. Employer Representative | e. Telephone No. |
|---|---|---|
| 258 N. Main Street Freeport, NY 11520 | Charles Doherty | Tel: 516-379-7780 |
| | | Fax No. |

| f. Type of Establishment (factory, mine, wholesaler, etc.) | g. Identify principal product or service |
|---|---|
| Reinforcing Contractor | Installation of reinforcing material for concrete |

h. The above-named employer has engaged in and is engaging in unfair labor practices within the meaning of section 8(a), subsections (1) and (list subsections) ___(1) and (5)___ of the National Labor Relations Act, and these unfair labor practices are unfair practices affecting commerce within the meaning of the Act.

2. Basis of the Charge (set forth a clear and concise statement of the facts constituting the alleged unfair labor practices)

Since on or about March 1, 2005, the Employer has failed and refused to bargain with the charging party, the collective bargaining representative of journeymen lathers and apprentices employed by the Employer. The Employer has also failed and refused to pay fringe benefits required by its prior collective bargaining agreement, which expired on June 30, 2005 or to continue to observe the terms and conditions of such collective bargaining agreement pending collective bargaining negotiations.

By the above and other acts, the above-named employer has interfered with, restrained, and coerced employees in the exercise of the rights guaranteed in Section 7 of the Act.

| 3. Full name of party filing charge (if labor organization, give full name, including local name and number) | 4b. Telephone No. (212) 737-0500 |
|---|---|
| Local 46 Metallic Lathers Union and Reinforcing Ironworkers of New York City and Vicinity | Fax No. |

4a. Address (street and number, city, state and ZIP code)
1322 Third Avenue, New York, NY 10021

5. Full name of national or international labor organization of which it is an affiliate or constituent unit (to be filled in when charge is filed by a labor organization)

International Association of Bridge, Structural, Ornamental and Reinforcing Ironworkers, AFL-CIO

6. DECLARATION
I declare that I have read the above charge and that the statements therein are true to the best of my knowledge and belief.

| By _Richard H Markowitz_ (Signature of representative or person making charge) | Title ATTORNEY |
|---|---|
| Address 121 SOUTH BROAD STREET, 11TH FLOOR PHILADELPHIA, PA 19107 | Telephone No. (215) 875-3128 | Date 7-7-05 |

WILLFUL FALSE STATEMENTS ON THIS CHARGE CAN BE PUNISHED BY FINE AND IMPRISONMENT
(U.S. CODE, TITLE 18, SECTION 1001)

FROM KLETT ROONEY LIEBER & SCHORLING   (FRI) 7. 22' 05  8:58/ST. 8:57/NO. 4860055621 P 5

NYR_000095

      United States Government

**NATIONAL LABOR RELATIONS BOARD**
Region 29
One MetroTech Center North, 10th Floor
Brooklyn, New York 11201



September 13, 2005

Charles Doherty
United States Rebar, Inc.
258 North Main Street
Freeport, NY 11520

                        Re:    United States Rebar, Inc.
                                 29-CA-27059

Dear Mr. Doherty:

    I previously approved the request of Local 46, Metallic Lathers Union and Reinforcing Ironworkers of New York City and Vicinity, herein called the Charging Party, to withdraw from the referenced charge the allegations that United States Rebar, Inc., herein called the Employer, failed and refused to bargain with the Charging Party, and failed and refused to continue to observe the terms and conditions of an expired collective bargaining agreement pending negotiations, in violation of Section 8(a)(5) of the National Labor Relations Act.

    The Charging Party has requested permission to withdraw the remaining allegation that the Employer failed and refused to pay fringe benefits required by a collective bargaining agreement, in violation of Section 8(a)(5) of the Act. On September 13, 2005, I approved the Charging Party's request to withdraw this allegation, and the processing of this matter is now concluded.

                                          Very truly yours,

                                          Alvin Blyer
                                          Regional Director

cc:    James Sullivan, Esq.
       Klett Rooney Lieber & Schorling
       Two Logan Square, 12th Floor
       Philadelphia, PA 19103

       Richard Markowitz, Esq.
       Markowitz & Richman
       1100 North American Building
       121 South Broad Street
       Philadelphia, PA 19107

NYR_000107