# APPENDIX

# EXHIBIT 18

# Rabinowitz & Galina

### Attorneys at Law
### 94 Willis Avenue
### Mineola, New York 11501
### (516) 739-8222
### Fax (516) 739-8225

Michael M. Rabinowitz
Michael R. Galina
Gayle A. Rosen
Michael P. Giampilis

November 27, 2007

VIA UPS OVERNIGHT
Joseph S. Kaming, Esq.
Kaming and Kaming
156 East 65th Street
New York, New York 10021

Re: Local 46 v. US Rebar

Dear Mr. Kaming:

Enclosed herein please find escrow check in the amount of One Hundred Two Thousand Three Hundred One Dollars and Fifty Six Cents ($ 102,301.56) representing the final payment due and owing pursuant to the Stipulation of Settlement in this matter.. You are to hold these monies in escrow pending our receipt of your clients original Release as set forth in Paragraph 1B of the Stipulation of Settlement. Upon receipt of your clients release we will forward our clients release to your office.

Thank you for your assistance herein.

Very truly yours,

RABINOWITZ & GALINA                                                          1556
ATTORNEY TRUST ACCOUNT
IOLA
94 WILLIS AVENUE
MINEOLA, NY  11501-2811                                                      50-151/214

PAY
TO THE
ORDER OF                                                            $ 102,301.56

STATE BANK                                                          DOLLARS

FOR

**KAMING & KAMING**
ATTORNEYS AT LAW
156 EAST 65TH STREET
NEW YORK, N.Y. 10065

(212) 535-0245

July 14, 2008

VIA FACSIMILE and REGULAR MAIL

James O. Druker, Esq.
Kase & Druker, Esq.
1325 Franklin Avenue
Suite 225
Garden City, NY 11530

Michael M. Rabinowitz, Esq.
Rabinowitz & Galina, Esqs.
94 Willis Avenue
Mineola, NY 11501

Re: Local 46 Metallic Lathers Union, et al.
v. United States Rebar, Inc.
CV-05-2356 (CBA)

Gentlemen:

In accordance with my letter to Mr. Rabinowitz dated December 5, 2007, this is to advise you that I intend to transfer, on July 16, 2008, the $102,301.56 currently being held in my escrow account to the account of the Local 46 Funds. Mr. Weinstein has informed me that Mr. Druker is aware of this anticipated transfer and has consented thereto on behalf of both Mr. Doherty and US Rebar. Once the transfer is completed, we will arrange to have the release associated with the settlement agreement in CV-05-2356 (CBA) executed by Messrs. Ledwith and D'Amico and will forward the same to Mr. Rabinowitz. This will not take place at least until sometime next week as both Messrs. Ledwith and D'Amico are out of the office this week.

If you have any questions, or there is any objection whatsoever to the anticipated transfer, please notify me immediately in writing. Thank you for your attention to this matter.

Very truly yours,

JOSEPH S. KAMING

JSK:jm

cc: Andrew J. Weinstein, Esq.
Richard Markowitz, Esq.