IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

NEW YORK REBAR INSTALLATION, INC. and UNITED STATES REBAR, INC.,

   Plaintiffs,

- against-

ROBERT LEDWITH, TERRENCE MOORE, FRED LEMOINE, KEVIN KELLY, ALFRED G. GEROSA, KEVIN O'BRIEN, JOHN BRUNETTI, and DENNIS ULVERSOY, as TRUSTEES of the LOCAL #46 METALLIC LATHERS UNION AND REINFORCING IRON WORKERS PENSION FUND,

   Defendants.

NO. 07-CIV-7607(CM)

---

ROBERT LEDWITH, TERRENCE MOORE, FRED LEMOINE, KEVIN KELLY, ALFRED G. GEROSA, KEVIN O'BRIEN, JOHN BRUNETTI, and DENNIS ULVERSOY, as TRUSTEES of the LOCAL #46 METALLIC LATHERS UNION AND REINFORCING IRON WORKERS PENSION FUND,

   Counterclaim Plaintiffs,

- against -

NEW YORK REBAR INSTALLATION, INC. and UNITED STATES REBAR, INC., and CHARLES DOHERTY,

   Counterclaim Defendants.

---

**COUNTERCLAIM DEFENDANT CHARLES DOHERTY'S APPENDIX IN SUPPORT OF HIS MOTION FOR PARTIAL SUMMARY JUDGMENT**

Docket No. 07-CIV-7607 (CM)

| | |
|---|---|
| Exhibit 1 | Defendant/Counterclaim Plaintiffs' Answer, Affirmative Defenses, and Counterclaims |
| Exhibit 2 | Settlement Agreement dated April 7, 2006 |
| Exhibit 3 | Release dated July 27, 2008 |
| Exhibit 4 | Trustees' letters assessing and upholding the assessment of withdrawal liability |
| Exhibit 5 | Trustees' Amended Complaint in the RICO Lawsuit |
| Exhibit 6 | US Rebar's and Doherty's Notice of Motion to Dismiss the RICO Lawsuit |
| Exhibit 7 | Trustees' Opposition to Motion to Dismiss the RICO Case |
| Exhibit 8 | US Rebar's and Doherty's Notice of Motion for Summary Judgment in the RICO Case |
| Exhibit 9 | Affirmation of Michael Rabinowitz |
| Exhibit 10 | Affidavit of Charles Doherty |
| Exhibit 11 | Affidavit of Thomas McDonough |
| Exhibit 12 | June 26, 2008 Stipulation of Dismissal filed in the RICO Case |
| Exhibit 13 | US Rebar' termination notice dated February 24, 2005 |
| Exhibit 14 | US Rebar's letters to the Union dated April 6, April 18, April 21, and April 28, 2005 |
| Exhibit 15 | Union's Unfair Labor Practice Charge and NLRB Dismissal Letter |
| Exhibit 16 | Criminal Information |
| Exhibit 17 | Delinquent Contribution Docket Sheet |
| Exhibit 18 | Delinquent Contribution Lawsuit Settlement Payment Records |

Docket No. 07-CIV-7607 (CM)

Dated: August 20, 2008

                              BUCHANAN INGERSOLL & ROONEY PC

                              */s/ Ryan P. Farley*
                              Ryan P. Farley (RF-6984)
                              New York Times Building
                              620 8th Avenue, 23rd Floor
                              New York, NY 10018
                              Phone: 212-440-4492
                              Fax: 212-440-4401
                              E-mail: ryan.farley@bipc.com

OF COUNSEL:
Robert S. Hawkins
BUCHANAN INGERSOLL & ROONEY PC
1835 Market Street, 14th Floor
Philadelphia, PA 19103-2985
Phone: 215-665-5310
Fax: 215-665-8760
E-mail: robert.hawkins@bipc.com
David J. Laurent
George Basara
BUCHANAN INGERSOLL & ROONEY PC
20th Floor, One Oxford Centre
Pittsburgh, PA 15219-1410
Phone (412) 562-1857
Fax (412) 562-1041
E-Mail: david.laurent@bipc.com