UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
NEW YORK REBAR INSTALLATION, INC. and
UNITED STATES REBAR, INC.,

        Plaintiffs,

    - against-

ROBERT LEDWITH, TERRENCE MOORE, FRED
LEMOINE, KEVIN KELLY, ALFRED G. GEROSA,
KEVIN O'BRIEN, JOHN BRUNETTI, and DENNIS
ULVERSOY, as TRUSTEES of the LOCAL #46
METALLIC LATHERS UNION AND REINFORCING
IRON WORKERS PENSION FUND,
        Defendants.

-----------------------------------------------------------------

ROBERT LEDWITH, TERRENCE MOORE, FRED
LEMOINE, KEVIN KELLY, ALFRED G. GEROSA,
KEVIN O'BRIEN, JOHN BRUNETTI, and DENNIS
ULVERSOY, as TRUSTEES of the LOCAL #46
METALLIC LATHERS UNION AND REINFORCING
IRON WORKERS PENSION FUND,
        Counterclaim Plaintiffs,

    - against -

NEW YORK REBAR INSTALLATION, INC. and
UNITED STATES REBAR, INC., and CHARLES
DOHERTY,

        Counterclaim Defendants.
-----------------------------------------------------------------

NO. 07-CIV-7607(CM)

[PROPOSED] ORDER FOR
ADMISSION PRO HAC VICE
ON WRITTEN MOTION

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/08

Upon the motion of Ryan P. Farley, attorney for NEW YORK REBAR INSTALLATION, INC., UNITED STATES REBAR, INC., and CHARLES DOHERTY, and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED THAT

| | |
|---|---|
| Applicant's Name: | George Basara |
| Firm Name: | Buchanan Ingersoll & Rooney PC |
| Address: | One Oxford Centre, 20th Floor |
| City/State/Zip: | Pittsburgh, PA 15219-1410 |
| Phone Number: | (412) 562-1636 |
| Fax Number: | (412) 562-1041 |

| | |
|---|---|
| Applicant's Name: | David J. Laurent |
| Firm Name: | Buchanan Ingersoll & Rooney PC |
| Address: | One Oxford Centre, 20th Floor, |
| City/State/Zip: | Pittsburgh, PA 15219-1410 |
| Phone Number: | (412) 562-1857 |
| Fax Number: | (412) 562-1041 |
| Email address: | david.laurent@bipc.com |

are admitted to practice pro hac vice as counsel for NEW YORK REBAR INSTALLATION, INC., UNITED STATES REBAR, INC., and CHARLES DOHERTY in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 8/20/08
New York, New York

_____
United States District Judge

-2-