APPENDIX

EXHIBIT 16

```
MJL:BTR
F#2005R00992
DOHERTY.Inf
```

**CR05  0494**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

CHARLES DOHERTY,

    Defendant.

- - - - - - - - - - - - - - - X

**SEYBERT, J.**
**WALL, M.J.**

I N F O R M A T I O N

Cr. No. _____
(T. 18, U.S.C., §§ 982,
 1956(h) and 3551 et seq.)

THE UNITED STATES ATTORNEY CHARGES:

<u>COUNT ONE</u>
(Conspiracy To Launder Money)

1. On or about and between January 1, 1998 and July 31, 2002, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant CHARLES DOHERTY, together with others, did knowingly and intentionally conspire to conduct financial transactions affecting interstate commerce, which in fact involved the proceeds of specified unlawful activity, to wit: uttering forged checks, in violation of Title 18, United States Code, Section 513, theft concerning programs receiving federal funds, in violation of Title 18, United States Code, Section 666, and mail fraud, in violation of Title 18, United States Code, Section 1341, knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity (a) with the intent to

2

promote the carrying on of the specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i), (b) knowing that the transactions were designed in whole and in part to conceal and disguise the nature, location, source, ownership and control of the proceeds in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i), and (c) to avoid a transaction reporting requirement under State and Federal Law, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(ii).

(Title 18, United States Code, Sections 1956(h) and 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION

2. The United States hereby gives notice to the defendant charged in Count One that, upon his conviction of such offense, the government will seek forfeiture in accordance with Title 18, United States Code, Section 982, of all property involved in the offense of conviction in violation of Title 18, United States Code, Section 1956, or conspiracy to commit such offense, and all property traceable to such property as a result of the defendant's conviction of Count One of this information, including, but not limited to, $11,168,000 in United States currency.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

3

      a. cannot be located upon the exercise of due diligence;

      b. has been transferred or sold to, or deposited with, a third party;

      c. has been placed beyond the jurisdiction of the Court;

      d. has been substantially diminished in value; or

      e. has been commingled with other property, which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 982, to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

      (Title 18, United States Code, Section 982)

_/s/ Roslynn R. Mauskopf_
ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
Eastern District of New York

UNITED STATES OF AMERICA

- against -

CHARLES DOHERTY,

Defendants.

INFORMATION

ROSLYNN R. MAUSKOPF
United States Attorney
Eastern District of New York
United States Courthouse
610 Federal Plaza
Central Islip, New York 11722

Dated: _____, 20___

Attorney for _____

Due Service of a copy of the within _____ is hereby admitted.

Dated: _____, 20___

Attorney for _____

BURTON T. RYAN, JR., AUSA

---

PLEASE TAKE NOTICE that the within will be presented for settlement and signature to the Clerk of the United States District Court in his office at the U.S. Courthouse, 610 Federal Plaza, Central Islip, New York, on the ___ day of _____, 20___, at 10:30 o'clock in the forenoon.

Dated: Central Islip, New York
_____, 20___

United States Attorney,
Attorney for _____

Attorney for _____

To:

SIR:

PLEASE TAKE NOTICE that the within is a true copy duly entered herein on the ___ day of _____ in the office of the Clerk of the Eastern District of New York.

Dated: Central Islip, New York
_____, 20___

United States Attorney,
Attorney for _____

Attorney for _____

# *APPRENTICE BENEFITS ONLY*

## METAL LATHERS WAGE TABLE: 7/01/02– 6/30/03

|  | 1ST YEAR | 2ND YEAR | 3RD YEAR | 4TH YEAR |
|---|---|---|---|---|
| BASE WAGE | $20.80 | $23.95 | $27.60 | $31.25 |
| DUES, IPEF, PAC for Local #46 | $1.45 | $1.45 | $1.45 | $1.45 |
| TOTAL TAXABLE WAGE: | $22.25 | $25.40 | $29.05 | $32.70 |
| ANNUITY (*Not Taxable*) | $1.00 | $2.50 | $3.50 | $4.50 |
| TOTAL GROSS WAGE | $23.25 | $27.90 | $32.55 | $37.20 |

EMPLOYER CONTRIBUTIONS:

*Distribution of Funds are as follows:*

| | |
|---|---|
| Trust Fund | $4.76 |
| Pension Fund | $8.35 |
| Scholarship | $0.08 |
| Apprenticeship | $0.83 |
| Promotional Fund | $0.03 |
| Advancement Fund | $0.20 |
| Drug Fund | $0.01 |
| Dental Fund | $0.50 |
| Labor Management Cooperative Trust | $0.10 |
| | $14.86 |

VOUCHERS: *Annuity Only (No Vacation)*

| | 1st year | 2nd year | 3rd year | 4th year |
|---|---|---|---|---|
| Straight Hours x | $1.00 | $2.50 | $3.50 | $4.50 |
| Time and a Half Overtime Hours x | $1.50 | $3.75 | $5.25 | $6.75 |
| Double Time Overtime Hours x | $2.00 | $5.00 | $7.00 | $9.00 |

*Add:* Values of Straight time with Time and a half and Double Time for Total Amount